UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRICHETTA RAVINA,<br><br>    PLAINTIFF,<br><br>-- against --<br><br>COLUMBIA UNIVERSITY<br>A/K/A THE TRUSTEES OF COLUMBIA<br>UNIVERSITY IN THE CITY OF NEW YORK<br>AND GEERT BEKAERT<br><br>    DEFENDANTS. | Civ. No. 1:16-cv-02137 (RA)<br><br>NOTICE OF PLAINTIFF'S<br>MOTION IN LIMINE # 4 |

**NOTICE OF PLAINTIFF'S MOTION IN LIMINE # 4
TO EXCLUDE EVIDENCE OF OR REFERENCE TO PLAINTIFF'S HISTORY WITH
HER EX-BOYFRIEND**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Alexandra Harwin, Esq., dated June 18, 2018, with exhibits attached thereto, Plaintiff Enrichetta Ravina shall move this Court for an Order precluding Defendants, their witnesses, or their attorneys from testifying, arguing, or otherwise introducing evidence regarding Plaintiff's history with her ex-boyfriend, as well as for such other relief as the Court may deem proper.

Dated: June 18, 2018

Respectfully submitted,

_/s/ Alexandra Harwin_
Alexandra Harwin (AH-3111)
David W. Sanford (admitted *pro hac vice*)
Jeremy Heisler (JH-0145)
Vince McKnight (admitted *pro hac vice*)
Andrew Melzer (AM-7649)
Melinda Koster (MK-1384)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor

New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
aharwin@sanfordheisler.com
dsanford@sanfordheisler.com
jheisler@sanfordheisler.com
vmcknight@sanfordheisler.com
amelzer@sanfordheisler.com
mkoster@sanfordheisler.com
*Counsel for Plaintiff Enrichetta Ravina*