USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/22/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRICHETTA RAVINA,

Plaintiff,

-v-

COLUMBIA UNIVERSITY and GEERT BEKAERT,

Defendants.

No. 16-CV-2137 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated today on the record, the Court hereby denies Defendant Bekaert's motion for summary judgment in full, and grants in part and denies in part Defendant Columbia's motion for summary judgment. Specifically, Columbia's motion is granted as to: (1) Plaintiff's federal quid pro quo claims against Columbia—Counts VIII and XIV; (2) Plaintiff's discrimination claims against Columbia—Counts I, V, VI, VII, XI, XII, XIII, XVII, and XVIII—insofar as they allege direct discrimination on the part of Columbia; and (3) any theory of liability based on Bekaert's supervisory status. The remainder of the motion is denied. As also noted today on the record, the Court hereby denies Plaintiff's motions to strike and to file a sur-reply, and her request to strike Columbia's revised proposed exhibit list.

Accordingly, the Clerk of Court is respectfully directed to terminate docket entries 100, 107, 116, and 154.

SO ORDERED.
Dated: June 22, 2018
New York, New York

Ronnie Abrams
United States District Judge