UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENRICHETTA RAVINA,

    PLAINTIFF,

-- against --

COLUMBIA UNIVERSITY
A/K/A THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK
AND GEERT BEKAERT

    DEFENDANTS.

[PROPOSED] VERDICT FORM

Case No. 1:16-cv-02137-RA

---

## DEFENDANTS' LIABILITY FOR GENDER DISCRIMINATION UNDER THE NEW YORK CITY HUMAN RIGHTS LAW

1. Do you find that Bekaert is liable under the New York City Human Rights Law for treating Plaintiff less well at least in part because she is female?

        ____ Yes        ____ No

*Note: If you answer NO to Question 1, skip Question 2 and proceed to Question 3.*

2. Do you find that Columbia is liable under the New York City Human Rights Law for Bekaert treating Plaintiff less well at least in part because she is female?

        ____ Yes        ____ No

## DEFENDANTS' LIABILITY FOR RETALIATION UNDER THE NEW YORK CITY HUMAN RIGHTS LAW

3. Do you find that Bekaert is liable under the New York City Human Rights Law for retaliating in any manner against Plaintiff for engaging in protected activity?

        ____ Yes       ____ No

*Note: If you answer YES to Question 3, you must also answer YES to Question 4. If you answer NO to Question 3, you may still answer YES to Question 4 if you find that Columbia is liable for retaliating against Plaintiff based on its own conduct.*

4. Do you find that Columbia is liable under the New York City Human Rights Law for retaliating in any manner against Plaintiff for engaging in protected activity?

        ____ Yes       ____ No

**COLUMBIA'S LIABILITY FOR RETALIATION UNDER TITLE VII AND TITLE IX**

5. Do you find that Columbia is liable under Title VII and Title IX for retaliation against Plaintiff for engaging in protected activity?

    \_\_\_\_ Yes         \_\_\_\_ No

**PLAINTIFF'S MEDICAL EXPENSES AND OTHER COMPENSATORY DAMAGES**

**If you answered YES to one or more of the questions above, you have found in favor of Plaintiff on at least one of her legal claims. Please answer the following questions to detail how much, if anything, you award to Plaintiff.**

9. If you answered YES to Question 2, 4, and/or 5, state the amount that Columbia must pay for Plaintiff's medical expenses, including for psychiatric care.

    $_____

10. If you answered YES to Question 2, 4, and/or 5, state the amount that Columbia must pay for Plaintiff's compensatory damages, including reputational harm or emotional distress.

    $_____

11. If you answered YES to Question 1 and/or 3, state the amount that Bekaert must pay for Plaintiff's medical expenses, including for psychiatric care.

    $_____

12. If you answered YES to Question 1 and/or 3, state the amount that Bekaert must pay for Plaintiff's compensatory damages, including reputational harm or emotional distress.

    $_____

**DEFENDANTS' LIABILITY FOR PUNITIVE DAMAGES
UNDER THE NEW YORK CITY HUMAN RIGHTS LAW**

*Note: Only answer Question 13 if you answered YES to Question 2 and/or 4.*

13. Do you find that Columbia is liable for punitive damages?

    \_\_\_\_ Yes         \_\_\_\_ No

*Note: Only answer Question 14 if you answered YES to Question 1 and/or 3.*

14. Do you find that Bekaert is liable for punitive damages?

    \_\_\_\_ Yes         \_\_\_\_ No