USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/2/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRICHETTA RAVINA,

                 Plaintiff,

-v-

COLUMBIA UNIVERSITY and GEERT BEKAERT,

                 Defendants.

No. 16-CV-2137 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In an effort to provide the parties information to assist with their trial preparation, the Court hereby notifies them about a number of its rulings on their pending motions. Additional rulings will follow. The Court will set forth its reasoning for these and other rulings at the final pre-trial conference on July 5, 2018.

- The Court intends to bifurcate the trial into two phases. Phase I will deal with liability and punitive liability; Phase II, as necessary, will deal with all issues of damages, including compensatory, economic, and punitive damages. At this time, the Court defers ruling on the motions regarding the admissibility of economic-damages evidence (Pl. Motions #2, #3, #11, and Columbia's motion to preclude Plaintiff's economic-damages analysis) except to preclude any such evidence from Phase I of the trial.

- Plaintiff's motion to exclude evidence of her history with her ex-boyfriend (Pl. Motion #4) is granted.

- Plaintiff's motion to exclude evidence of her tenure consideration and qualifications (Pl. Motion #5) is denied.

- Plaintiff's motion to exclude reference to her preliminary injunction motion (Pl. Motion #6) is granted on consent as to the outcome of the motion, but denied as to the motion's effect, if any, on her tenure process.

- Plaintiff's motion to preclude Columbia from making its "de facto tenure" argument (Pl. Motion #7) is denied. If Columbia makes such an argument, Plaintiff will be permitted to argue that she waived any right to de facto tenure.

- With regard to Plaintiff's motion to preclude Defendant Bekaert's witnesses Nancy Xu and Andrea Kiguel (Pl. Motion #9), the witnesses will be permitted to offer relevant fact testimony, but not character evidence.

SO ORDERED.

Dated:  July 2, 2018
        New York, New York

Ronnie Abrams
United States District Judge