UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

ENRICHETTA RAVINA,

           Plaintiff,

-v-

COLUMBIA UNIVERSITY and GEERT BEKAERT,

           Defendants.

No. 16-CV-2137 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court rules as follows on the remaining pending motions, with reasoning to be provided at the final pre-trial conference on July 5, 2018:

- Plaintiff's motion to exclude reference to the number of her recordings (Pl. Motion #8) is denied. Defendants will be able to cross-examine Plaintiff on this issue.

- Plaintiff's motion to exclude untimely witnesses (Pl. Motion #10) is denied.

- Columbia's motion to exclude the reports and testimony of Plaintiff's witnesses Deborah Rhode and Caren Goldberg is granted in part. Professor Rhode and Dr. Goldberg will not be permitted to offer any evidence concerning the specific facts of this case, including assessments of Bekaert's behavior towards Plaintiff and other women, Columbia's response to Plaintiff's complaint, and Plaintiff's tenure process. In light of this ruling, Plaintiff should be prepared to articulate precisely what she still seeks to elicit from these witnesses, and its relevance, at the final pre-trial conference. This ruling has rendered moot Columbia's motion to exclude the revised report of its witness Gregory Mitchell.

- Columbia's motion to exclude the testimony of Patrick Bolton and Paola Sapienza is granted as to Sapienza and denied as to Bolton. The Court will discuss appropriate limitations on Bolton's testimony at the final pre-trial conference.

- Columbia's motion to exclude evidence of complaints against other Columbia Business School faculty is denied as to the two professors discussed in Plaintiff's opposition brief.

- Columbia's motion to exclude evidence of an alleged offer made during settlement negotiations is granted to the extent Plaintiff seeks to offer such evidence through her testimony. The potential admissibility of the offer will be discussed further at the final pre-trial conference.

- Bekaert's motion to exclude evidence of his alleged comments to Plaintiff concerning complaints made against him at Stanford University is denied.

- Bekaert's motion to exclude evidence of his sexual history is granted as to his consensual relationships, and denied as to his alleged comments to Plaintiff, with the exception of the purported comment concerning a possibly underage girl.

- Bekaert's motion to exclude evidence of prior complaints against him at Columbia is granted as to the chain of emails with a student and the treatment of his assistant. The motion is denied as to the alleged comment concerning "Asian women," as well as any statements made by him to Plaintiff about his reaction to the complaints.

- Bekaert's motion to exclude his emails about Plaintiff is denied.

SO ORDERED.

Dated:   July 3, 2018
         New York, New York

Ronnie Abrams
United States District Judge