USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENRICHETTA RAVINA,

                Plaintiff,

      -against-

COLUMBIA UNIVERSITY A/K/A THE
TRUSTEES OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK AND GEERT
BEKAERT,

                Defendants.
-----------------------------------------------------------X

16 CIVIL 2137 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Ronnie Abrams, United States District Judge, Plaintiff Enrichetta Ravina have judgment in the sum of $750,000.00 for compensatory damages as against defendants Columbia University and Geert Bekaert and $500,000.00 for punitive damages as against defendant Professor Bekaert only.

DATED: New York, New York
           August 2, 2018

RUBY J. KRAJICK
_____
Clerk of Court

So Ordered:

_____
U.S.D.J.

BY: _____
Deputy Clerk