```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/3/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENRICHETTA RAVINA,

                             Plaintiff,

-v-

COLUMBIA UNIVERSITY and GEERT BEKAERT,

                            Defendants.

No. 16-CV-2137 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Pursuant to the Court's Order of March 13, 2019, Ravina and Bekaert have submitted revised proposed redactions to documents they submitted under seal in connection with their pre-trial motions *in limine*. With the exception of the redactions proposed to the emails marked COL0019191 – COL0019194, the revised proposed redactions are narrowly tailored to the privacy interests described in the Court's March 13 Order and are approved.

The emails marked COL0019191 – COL0019194 were published to the jury at trial and are part of the public record in this case. Ravina's request to redact these emails is denied. *See Gambale v. Deutsche Bank AG*, 377 F.3d 133, 144 (2d Cir. 2004) (noting that once confidential information has been publicly disclosed, "[t]he genie is out of the bottle . . . [and] [w]e have not the means to put the genie back").

No later than April 9, 2019, Ravina and Bekaert shall file on the docket the materials they requested to be sealed, with the redactions that have been approved by the Court.

SO ORDERED.

Dated:    April 3, 2019
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge