UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRICHETTA RAVINA, <br><br> PLAINTIFF, <br><br> -- against -- <br><br> COLUMBIA UNIVERSITY AKA THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK AND GEERT BEKAERT, <br><br> DEFENDANTS. | Civ. No. 1:16-cv-02137 <br><br> ECF CASE <br><br> <u>DECLARATION OF ALEXANDRA HARWIN IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #4</u> |

ALEXANDRA HARWIN, an attorney admitted to practice before the courts of the State of New York and this Court, hereby declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner at the firm Sanford Heisler Sharp, LLP, counsel to Plaintiff Enrichetta Ravina. I am familiar with the facts set forth below and submit this Declaration on behalf of Ms. Ravina in support of her Motion *in Limine* to Exclude Evidence of or Reference to Plaintiff's History with Her Ex-Boyfriend.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Plaintiff Enrichetta Ravina, taken on May 8, 2017.

3. Attached hereto as Exhibit B is a true and correct copy of documents from the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ introduced at Plaintiff's deposition on May 8, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

5. Attached hereto as Exhibit D is a true and correct copy of the Amended Expert

1

2

Report of Dr. Ronald Schouten dated April 16, 2018.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition of Dr. Schouten, taken on May 22, 2018.

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Dr. Howard Silbert dated January 31, 2018.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the deposition of Dr. Silbert, taken on June 19, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2018.

_____
Alexandra Harwin