# Exhibit A

Page 1

```
 1                    Ravina
 2         UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK
 3         -----------------------------x
           ENRICHETTA RAVINA,
 4
                     Plaintiff,
 5
              v.    Case No.: 1:16-cv-02137(RA)
 6
           COLUMBIA UNIVERSITY AKA
 7         THE TRUSTEES OF COLUMBIA
           UNIVERSITY IN THE CITY
 8         OF NEW YORK AND GEERT
           BEKAERT,
 9
                     Defendants.
10         -----------------------------x
11
12              ENRICHETTA RAVINA
13              New York, New York
14              Monday, May 8, 2017
15
16
17
18
19
20
21
22         Reported by:  Steven Neil Cohen, RPR
23         Job No. J0542811
24
25
```

Page 2

```
 1                    Ravina
 2              May 8, 2017
 3              9:43 a.m.
 4
 5         Videotaped Deposition of
 6    ENRICHETTA RAVINA, taken by Defendants,
 7    pursuant to notice, at the offices of
 8    Proskauer Rose LLP, Eleven Times Square, New
 9    York, New York,  before Steven Neil Cohen, a
10    Registered Professional Reporter and Notary
11    Public of the State of New York.
12
```

Page 3

```
 1                    Ravina
 2              APPEARANCES
 3
 4    SANFORD HEISLER LLP
 5    1350 Avenue of the Americas
 6    31st Floor
 7    New York, New York 10019
 8         Attorneys for Plaintiff
 9    BY:   DAVID SANFORD, ESQ.
10          ALEXANDRA HARWIN, ESQ.
11
12    PROSKAUER ROSE LLP
13    Eleven Times Square
14    New York, New York 10036-8299
15         Attorneys for Defendant the
16         Trustees of Columbia University
17         in the City of New York
18    BY:   BETTINA B. PLEVAN, ESQ.
19          RACHEL S. FISCHER, ESQ.
20          YONATAN GROSSMAN-BODER, ESQ.
```

Page 4

```
 1                    Ravina
 2
 3    HERNSTADT ATLAS PLLC
 4    45 Main Street
 5    Suite 1030
 6    Brooklyn, New York 11201
 7         Attorneys for Defendant Geert
 8         Bekaert
 9    By:   EDWARD HERNSTADT, ESQ.
10
11
12    ALSO PRESENT:
13         Patricia S. Catapano, Esq.
14         Melody Wong
15         Aydaline Garcia, Videographer
```



Page 85
```
 1                  Ravina
 2      A.    I believe it must have been a
 3   company that was hired for that purpose.
 4      Q.    Did you turn over all your e-mails
 5   to your counsel?
 6      A.    I don't think they have access to
 7   my e-mails.
 8      Q.    So did you provide something to
 9   this company you are referring to?
10      A.    I give them -- I give the company
11   access through password.
12      Q.    Did you give that company access
13   to all of your e-mail accounts?
14      A.    Yes.
15      Q.    Professor Ravina, are you married?
16      A.    No.
17      Q.    Have you ever been married?
18      A.    No.
19      Q.    Where were you born?
20      A.    In Italy, Saviliano.
21      Q.    Did you go to university
22   undergraduate in Italy?
23      A.    Yes.
24      Q.    What is your current citizenship?
25      A.    Italian and United States.
```

Page 86
```
 1                  Ravina
 2      Q.    When did you become a U.S.
 3   citizen?
 4      A.    In the fall of 2013, I believe.
 5      Q.    What is your date of birth?
 6      A.    
```



Page 87
```
 1                  Ravina
```

Page 88
```
 1                  Ravina
```










Page 97
1                    Ravina



15      Q.   Now, in addition to giving access
16   to your e-mails did you provide access to
17   either your counsel or someone acting on
18   your behalf to your text messages?
19      A.   No.  I was asked if there was
20   anything in my text messages that was
21   relevant.
22      Q.   How did you respond?
23      A.   To the best of my knowledge
24   nothing was relevant.
25      Q.   Now, you also had tape recordings

Page 98
1                    Ravina
2   that you made of conversations?
3      A.   Right.
4      Q.   Correct?
5      A.   Yes.
6      Q.   When did you start making tape
7   recordings of conversations with people at
8   Columbia or regarding your experience at
9   Columbia?
10      A.   Based on my recollection, sometime
11   in the winter of 2015.
12      Q.   And what did you -- what device
13   did you use to make these tape recordings?
14      A.   I don't know the exact name of the
15   device.
16      Q.   Is it -- well, describe it as much
17   as you can.
18      A.   It is a small device, probably as
19   big as this device, I would say, one inch
20   times maybe two, two-and-a-half, black.
21      Q.   Where did you get the device?
22      A.   I bought it on Amazon.
23      Q.   Do you still have it?
24      A.   No.
25      Q.   What did you do with it?

Page 99
1                    Ravina
2      A.   The battery died.  I threw it
3   away.
4      Q.   The battery died?
5      A.   It wouldn't keep charge, I would
6   charge it and the battery would go back to
7   zero.
8      Q.   What did you do with it at that
9   point?
10      A.   I throw it away because it wasn't
11   holding the battery.
12      Q.   When did you throw it away?
13      A.   It was sometimes in spring of
14   2016.
15      Q.   After this lawsuit was filed?
16      A.   After this lawsuit was filed.
17      Q.   Now, do you have a record of your
18   purchases from Amazon?
19      A.   I do.
20      Q.   So you could determine the nature
21   of the device?
22      A.   Yes.  I could get back to you.
23           MS. PLEVAN:  We request whatever
24      record she has that shows what type of
25      device this was.

Page 100
1                    Ravina
2   BY MS. PLEVAN:
3      Q.   And after recording was done just
4   generally what did you do with the material
5   that was on this device?
6      A.   I transferred it on my computer.
7      Q.   Did you -- so would you transfer
8   it to -- well, tell me what your practice
9   was.
10      A.   Sometimes this device would start
11   recording even if I wasn't having any
12   conversation or I was on the subway so in
13   those cases I would delete the recordings
14   and otherwise I would save it to my
15   computer.
16      Q.   Did there come a point -- you
17   said, I believe, that you started the tape
18   recordings in the winter of 2015.  When did
19   you stop?
20      A.   I don't recall exactly when I
21   stopped.  However, there was a time in which
22   I stopped having conversations that were in
23   person with Columbia administrators and so I
24   stopped.
25      Q.   I am sorry.  Could you repeat what



Page 269
Ravina

do in terms of asking Professor Bekaert to have a schedule and considering various solutions that I try to implement to solve my situation, to stop the harassment, to stop the retaliation were generated talking with him so I believe he was and he is extremely beneficial.

We have been talking about this for more than three years right now and we think --

Q. Do you talk to Dr. Silbert about anything else beside your problems with Professor Bekaert?

A. The problem with Professor Bekaert and Columbia covers 95 percent or more.

Q. What is the other 5 percent?

A. Sometimes we would talk about my friends, sometimes we would talk about moving to Chicago and going to Kellogg, I believe is related to Bekaert so I shouldn't increase the percentage that I say before.

We would talk about, like when I was sick and I had the hyperthyroidism and I was diagnosed. We talked about that. That

Page 270
Ravina

would be most of it.

[redacted]

We talked once relatively recently about my parents passing away.

Q. When did that happen?

A. My father passed away in 2010 in June and my mother passed away in February of 2013.

Q. You mentioned earlier that Dr. Silbert at one point suggested some medication for your insomnia. Have you been taking any medication that Dr. Silbert has prescribed for you?

A. I didn't want him to make a prescription. He recommended it and I said I prefer not to so he recommended instead that I go to meditation, that I walk around the reservoir everyday in the morning and other lifestyle changes.

Q. Have you been doing that?

A. Not every morning. It brings me solace but if I am tired and I have a busy day sometimes I skip it.

Page 271
Ravina

Q. Did you talk to Dr. Silbert at all about bringing a lawsuit?

A. Yes.

Q. And what did you talk to him about with respect to bringing a lawsuit?

A. We discussed -- we discussed all the -- every week I would have an update on what was going on. I -- when I saw that bringing a lawsuit was the only thing that I would still have in front of me I was actually quite, quite nervous. I tried to see if there was any other possibility. We thought we covered all the other possibilities. So I talked to him about the stress of making such a situation public.

I talked about the repercussion that it would have for my career.

I talked about the stress and the --

Q. Have you suffered stress from the lawsuit itself?

A. Yes.

Q. Did Dr. Silbert express any professional opinion regarding the bringing

Page 272
Ravina

of a lawsuit?

A. Do you mean whether I should or not?

Q. Yes.

A. No. He -- he doesn't make recommendations.

[redacted]

Q. What made you decide to seek publicity about this lawsuit?

A. I felt that at the time -- at the point that I arrived when there were already so many people knowing about this, seeking publicity was on one side inevitable, I felt, and having publicity was inevitable and publicity in some respects protects me because when my story is out there, my version is there together with all the other gossips so like other way people might spin this story. It protects me because a lot of things in academia and probably all other jobs happen behind the scene and I -- if



Page 440

Ravina

2  A. Sometimes.
3  Q. Do you go to dinner with
4  co-authors?
5  A. Sometimes.
6  Q. Is it fairly normal to go to
7  dinner with co-authors?
8  A. Yes. But the conversation stays
9  professional.
10  Q. Do you recall inviting Professor
11  Bekaert to join your gym?
12  A. No. I did not invite him to join
13  my gym. He made a joke -- he made a
14  non-serious bet about something and I told
15  him that he should go to my gym if he loses
16  just because it is a gym only for women.
17  Q. Was this a professional
18  conversation or a casual conversation
19  between two people?
20  A. It was part of the many
21  conversations in which Professor Bekaert put
22  pressure on me on being friendly and talking
23  about nonwork matters and that I felt I had
24  to oblige.
25  Q. Are you saying that Professor

Page 441

Ravina

2  Bekaert put pressure on you by being
3  friendly?
4  A. He wanted me to be friendly with
5  him. He asked about my personal life. He
6  talked about his personal life.
7      He made sexual innuendos. He
8  created a situation in which in order to
9  keep in his good graces I felt that every
10  once in a while I should say something and
11  participate.
12  Q. You felt uncomfortable when
13  Professor Bekaert gave you a music CD; is
14  that correct?
15  A. Yes.
16  Q. Did you give Professor Bekaert
17  some face creams?
18  A. He asked for it, yes, I did.
19  Q. Did you speak about yourself to
20  Professor Bekaert about your personal life?
21  A. As little as I could.
22  Q. Did you talk about your friend to
23  him?
24  A. I talked mainly about my friend
25  who were talking about me.

Page 442

Ravina

2  Q. Did you remember telling him that
3  you weren't interested in a particular man
4  because he wasn't good enough looking?
5  A. No. Who is that?
6  Q. Do you remember talking to him
7  about other personal interests?
8  A. Romantic interests?
9  Q. Romantic or friend. Things that
10  were per -- things in your personal life.

[lines 11-18 redacted]

19  Q. You have alleged that Professor
20  Bekaert delayed work on the Financial
21  Engines papers; is that correct?
22  A. Yes.
23  Q. When was the first time that he
24  delayed work on the Financial Engines
25  papers?

Page 443

Ravina

2  A. The first -- one of the first
3  instances, I don't know if it was the first
4  but it was when I ran the first regressions
5  for the International Diversification paper
6  in late March of 2013 and he told me to
7  stop, not to send anything more to the
8  company because he wanted to create an
9  overview of the project.
10      And I did stop. I didn't say
11  anything any longer and I waited for two
12  months to receive that overview and when I
13  asked for it he was copying and pasting from
14  all the e-mails.
15  Q. In March 2013 you were still
16  getting data, right?
17  A. In March 2013?
18  Q. From the Indian company, were you
19  still working on data?
20  A. The data for the International
21  Diversification paper was all there.
22  Q. Were there any issues with that
23  data, any problems with that data?
24  A. There were -- so the way research
25  works is that people, you know, look at the

