# Exhibit G

# In the Matter Of:

# RAVINA vs COLUMBIA UNIVERSITY

1:16-cv-02137(RA)

# HOWARD SILBERT

*June 19, 2017*

*ATTORNEYS EYES ONLY*



800.211.DEPO (3376)
EsquireSolutions.com

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

ENRICHETTA RAVINA,

              Plaintiff,

         vs.                    Case No.
                                1:16-cv-02137(RA)

COLUMBIA UNIVERSITY a/k/a
THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK and GEERT BEKAERT,

              Defendants.

-----------------------------------------X


            ATTORNEYS EYES ONLY

      DEPOSITION OF HOWARD SILBERT, M.D.

              New York, New York

            Monday, June 19, 2017
```



```
 1        Attorneys Eyes Only - H. Silbert
 2   not take that medication, would that be
 3   reflected in writing anywhere?
 4        A.   No.
 5        Q.   How do you know Enrichetta Ravina?
 6        A.   I know her as a patient, as my
 7   patient.
 8        Q.   When did you first meet her?
 9        A.   In March of 2014, I believe.
10        Q.   Is that when she became a patient
11   of yours?
12        A.   Yes.
13        Q.   Did you know her before she became
14   your patient?
15        A.   No.
16        Q.   Did someone refer her to you?
17        A.   Yes.
18             MS. HARWIN:  Objection to form.
19        Q.   Who referred her to you?
20             MR. BLOOMSTEIN:  Just note my
21        objection insofar as that would be
22        privileged, him identifying another
23        patient of his.
24             MS. FISCHER:  I don't know that
25        it's another patient.
```



```
 1        Attorneys Eyes Only - H. Silbert
 2   to date or soon after the treatment started.
 3   It's only in the last I think two months that
 4   this is newly diagnosed.
 5        Q.   Do you know whether Ms. Ravina
 6   underwent any testing at any time prior to
 7   the last few months to see whether she had
 8   hyperthyroidism?
 9        A.   I believe her blood tests had come
10   back within normal limits.
11        Q.   Did you take a psychiatric history
12   of Ms. Ravina?
13        A.   Yes.
14        Q.   And how did you do that?
15        A.   By history.
16        Q.   What did you learn?
17        A.   She had no prior psychiatric
18   history.  She certainly had a history, has a
19   history, as we all do.
20        Q.   What do you mean by that?
21        A.   She grew up a member of a family,
22   had life experiences, all of which were
23   important to know about, potentially
24   important to know about.
25        Q.   What did Ms. Ravina tell you about
```

