UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/11/19

---

ENRICHETTA RAVINA,

                              Plaintiff,

            -v-

COLUMBIA UNIVERSITY,

                              Defendant.

---

No. 16-CV-2137 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully directed to remove from the docket exhibit D to docket entry 360.

SO ORDERED.

Dated:    April 11, 2019
          New York, New York

Ronnie Abrams
United States District Judge