**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 4/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRICHETTA RAVINA,

                          Plaintiff,

            -v-

COLUMBIA UNIVERSITY and GEERT BEKAERT,

                          Defendants.

No. 16-CV-2137 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court's March 6, 2020 Opinion and Order directed Ravina to file the exhibits to her October 16, 2019 letter in unredacted form by April 1, 2020. Dkt. 391. Ravina has not yet filed the exhibits. She shall do so no later than April 10, 2020.

SO ORDERED.

Dated:    April 7, 2020
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge